# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ANISETO FLORES,<br><br>  Petitioner,<br><br>  v.<br><br>J. SULLIVAN,<br><br>  Respondent. | Case No. 1:19-cv-01423-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR DOCUMENT NO. 6<br><br>(ECF No. 13) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 11, 2019, the Court received the instant motion wherein Petitioner requests the Court to send him a copy of its order to respond, which he did not receive. (ECF No. 13).

Accordingly, the Court HEREBY ORDERS:

1. Petitioner's motion (ECF No. 13) is GRANTED; and
2. The Clerk of Court is DIRECTED to send a copy of the order to respond (ECF No. 6) to Petitioner.

IT IS SO ORDERED.

  Dated:  **December 12, 2019**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE