1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | ALFREDO ANISETO FLORES,                    Case No. 1:19-cv-01423-NONE-EPG-HC

11 |          Petitioner,                        ORDER GRANTING PETITIONER'S
                                                 MOTION FOR EXTENSION OF TIME TO
12 |     v.                                      FILE OBJECTIONS TO FINDINGS AND
                                                 RECOMMENDATION
13 | J. SULLIVAN,

14 |          Respondent.                        (ECF No. 25)

15

16      Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28

17 | U.S.C. § 2254. In his reply to Respondent's opposition to the motion to stay, Petitioner requests

18 | a thirty-day extension of time to file objections to the findings and recommendation. (ECF No.

19 | 25).

20      IT IS HEREBY ORDERED that Petitioner is GRANTED thirty (30) days from the date

21 | of service of this order to file his objections to the findings and recommendation.

22

IT IS SO ORDERED.

23

24 |     Dated:   **July 6, 2020**              /s/ Erica P. Grosjean

25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28